# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| HAIJUN XIAN, )<br>)<br>  Plaintiff, )<br>  vs. )<br>)<br>ALBERTO GONZALES, Attorney General, )<br>et al., )<br>)<br>  Defendant. ) | C06-1338 MJB<br><br>MINUTE ORDER RESETTING DEADLINES |

The following Minute Order is made at the direction of the Court, the Honorable Monica J. Benton, United States Magistrate Judge:

Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt. # 3). The request is GRANTED.

The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 20, 2006

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 27, 2006

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 4, 2006

The date by which the Clerk is to be informed whether the individual parties are consenting to have this matter heard by the Honorable Monica J. Benton, United States Magistrate Judge, is extended to December 4, 2006. (See Notice of Initial Assignment to a U.S. Magistrate Judge & Consent Form (dkt # 2)). The parties may indicate in the Joint Status Report their desire to consent to Judge Benton, or have the case reassigned to a district judge; should the parties decide earlier than December 4, 2006, to consent or decline, deputy clerk Agalelei Elkington may be notified at (206) 370-8421, or by fax at (206) 370-8425. An individual party's

1  decision on consent is not to be filed electronically or forwarded in any form to the chambers of
2  Judge Benton.
3
4
5
6                                    Dated this 19th of October, 2006
7
8                                    Bruce Rifkin, Clerk of Court
9
10                                   /s/ PETER H. VOELKER
                                     Peter H. Voelker, Deputy Clerk
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28